1032

No. 87–205. ALASKA MINERS ASSN. v. TRUSTEES FOR ALASKA ET AL.;

No. 87–206. ALASKA v. TRUSTEES FOR ALASKA ET AL.; and

No. 87–371. TRUSTEES FOR ALASKA ET AL. v. ALASKA ET AL. Sup. Ct. Alaska. Certiorari denied. Reported below: 736 P. 2d 324.

No. 87–1021. PLAYTEX HOLDINGS, INC. v. O'GILVIE ET AL. C. A. 10th Cir. Certiorari denied. 

No. 87–1312. PAWNEE ET AL. v. UNITED STATES. C. A. Fed. Cir. Certiorari denied. 

No. 87–1465. PICCOLO v. UNITED STATES. C. A. 3d Cir. Certiorari denied. 

No. 87–1487. OFFICE OF COMMUNICATION OF THE UNITED CHURCH OF CHRIST v. FEDERAL COMMUNICATIONS COMMISSION ET AL.;

No. 87–1506. CORPORATION FOR PUBLIC BROADCASTING ET AL. v. CENTURY COMMUNICATIONS CORP. ET AL.;

No. 87–1510. NATIONAL ASSOCIATION OF BROADCASTERS v. CENTURY COMMUNICATIONS CORP. ET AL.; and

No. 87–1551. ASSOCIATION OF INDEPENDENT TELEVISION STATIONS, INC. v. CENTURY COMMUNICATIONS CORP. ET AL. C. A. D. C. Cir. Certiorari denied. Reported below: 266 U. S. App. D. C. 228, 835 F. 2d 292, and 267 U. S. App. D. C. 94, 837 F. 2d 517.

No. 87–1493. LAFAURIE v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 87–1507. YASHON v. HUNT ET AL. C. A. 6th Cir. Certiorari denied. 

No. 87–1535. JOHN HANCOCK VARIABLE LIFE INSURANCE CO. v. PIERCE. Sup. Ct. Ala. Certiorari denied. 

No. 87–1572. BENACQUISTA, POLSINELLI & SERAFINI MANAGEMENT CORP. v. SAVE THE PINE BUSH, INC., ET AL. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied. 
